United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Enrique Ayala-Canjura, | No. C 08-1714 JL |
| Plaintiff, | |
| v. | **ORDER STRIKING DOCUMENT (docket # 31)** |
| City of East Palo Alto, et al., | |
| Defendants. _____/ | |

Defendants' counsel e-filed a letter on October 8, 2008, at Docket # 31. This letter should not have been filed. It is hereby ordered that the document and all attachments are hereby stricken from the record. The Clerk shall un-file the documents.

IT IS SO ORDERED.

DATED: October 10, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-1714\Order-un-file-31.wpd