JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
PATRICK R. CO, ESQ.  BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
CITY OF EAST PALO ALTO; RONALD L. DAVIS; JOHN WOHLER; SHANTE WILLIAMS; and ANGEL M. SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE AYALA-CANJURA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipality; RONALD L. DAVIS; an individual; J. WHOLER, an individual; SHANTE WILLIAMS; an individual; ANGEL M. SANCHEZ, an individual; and DOES 1 - 10,<br><br>Defendants. | CASE NO.: C08-01714 JL<br><br>(*wDB*)<br>(~~proposed~~) **ORDER EXCUSING PARTIES FROM ATTENDING SETTLEMENT CONFERENCE ON MARCH 10, 2009** |

Defendants have requested that the individually named defendants, RONALD L. DAVIS, JOHN WOHLER, SHANTE WILLIAMS, and ANGEL M. SANCHEZ be excused from attending the settlement conference on March 10, 2009. Chief Davis is currently employed as the Chief of Police for the City of East Palo Alto, and the other officers are currently employed as police officers. Given that the individual defendants are being defended an indemnified by the City, there would be no *insurmountable (wDB)* adverse impact on achieving a settlement in their absence. In addition, counsel for plaintiff has no objection to their non-attendance.

IT IS HEREBY ORDERED:

1) RONALD L. DAVIS; JOHN WOHLER; SHANTE WILLIAMS; and ANGEL M. SANCHEZ

1 | are excused from attending the settlement conference on March 10, 2009.
2 | IT IS SO ORDERED.
3 |
4 | Dated: 1/6/09

HON. WAYNE D. BRAZIL