Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Plaintiff

Jeffrey M. Vucinich, Esq. (Bar No. 67906)
Patrick R. Co, Esq, (Bar Bo. 200160)
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989 5499 FAX

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

O~~AKLAND~~

| | | |
|---|---|---|
| ENRIQUE AYALA-CANJURA | ) | NO: C 08 01714 ~~SBA~~  JL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| v | ) | **CASE MANAGEMENT CONFERENCE** |
| CITY OF EAST PALO ALTO, et al | ) | |
| Defendants | ) | Date:       3/18/09 |
| | ) | Time:      10:30 A.M. |
| | | Courtroom:  15TH Floor |
| | | (Chief Magistrate Judge Larsen) |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1.) The parties have reached resolution of all claims brought by plaintiff;

2.) The settlement will be funded by payment made by the City of East Palo Alto;

3.) The City Council of East Palo Alto must formally approve the settlement;

4.) The parties do not anticipate any problem in said approval;

5.) The matter must be placed on the agenda of the City council for formal approval;

6.) In order to allow for any delays in the above process, the parties agree to continue the case management conference until September 16, 2009, ay 10:30 a.m., with the expectation that well in advance of that date the settlement will be paid and the parties will file a stipulation to dismiss the case.

Dated March 13, 2009

Respectfully submitted.

THE LAW OFFICES OF STEPHEN SHAIKEN

By:    s.sshaiken

Stephen Shaiken, Attorney for Plaintiff]


CLAPP, MORONEY, BELLAGAMBA and VUCINICH

A PROFESSIONAL CORPORATION

By:    s/pco

Patrick R. Co, Attorney for Defendants

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**GOOD CAUSE HAVING BEEN FOUND,** the case management conference in this matter is continued from March 18, 2009 until September 16, 2009, for the reasons set forth in the above stipulation.

Dated March 17, 2009

_____

Hon. James Larsen,

United States Magistrate Judge