Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Plaintiff

IT IS SO ORDERED

*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | | |
|---|---|---|
| ENRIQUE AYALA-CANJURA | ) | **NO: C 08 01714 JL** |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| v | ) | |
| CITY OF EAST PALO ALTO, et al | ) | |
| Defendants | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective

designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant

to FRCP 41(a)(1).

Dated:  May 27, 2009

Enrique Ayala-Canjura                              s/sshaiken

Plaintiff                                                  Stephen Shaiken, Attorney for Plaintiff


Dated: May 27, 2009

City of East Palo Alto, Ronald L.  Davis,

Angel M. Sanchez, Shante Williams,

 J. Wohler                                                 s/pco

                                                            Patrick Co,  Attorney for Defendants